IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELAINE LAWS and
KIMBERLY DUBARD,

        Plaintiffs,

v.

CASINO QUEEN, INC.,

        Defendant.

Case No. 19-CV-01216-NJR-MAB

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated November 26, 2019 (Doc. 9), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    **DATED:**    December 9, 2019

                                                MARGARET M. ROBERTIE,
                                                Clerk of Court

                                                By:  s/ Deana Brinkley
                                                            Deputy Clerk

**APPROVED:**  *s/ Nancy J. Rosenstengel*
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge